UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK SCIBELLI,<br><br>             Plaintiff,<br><br>v.<br><br>CAS MEDICAL SYSTEMS, INC. and<br>MATTHEW HERWIG, KIM STRUSKY,<br>THOMAS PATTON,<br><br>             Defendants. | Civil Action No. |

**DEFENDANTS' NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendants, CAS Medical Systems, Inc. ("CASMED"), Matthew Herwig ("Herwig"), Kim Strusky ("Strusky"), and Thomas Patton ("Patton") (collectively "Defendants"), submit this Notice of Removal of the above-captioned action to the United States District Court for the District of Massachusetts from the Superior Court of Massachusetts, County of Barnstable, where the action is now pending.

**I.    TIMELINESS OF REMOVAL**

1.    Plaintiff, Mark Scibelli, filed a civil action in the Superior Court of Massachusetts, County of Barnstable, entitled *Mark Scibelli v. CAS Medical Systems Inc. and Mathew Herwig, Kim Strusky, Thomas Patton*, Civil Docket No. 1872CV00050, on January 25, 2018. On January 29, 2018, Plaintiff served Defendants CASMED, Strusky, and Patton with the Complaint in such action; Strusky and Patton were also served with a Summons. CASMED was not served with a Summons. On January 30, 2018, Plaintiff served Defendant Herwig with the Summons and Complaint in such action. Copies of the Summonses and Complaint are attached

as Exhibits A, B, C and D. Additionally, on January 25, 2018, Plaintiff filed a Civil Action Cover Sheet that was not served on any Defendant but was provided by the state court to Defendants' counsel upon request. A copy of the Civil Action Cover Sheet is attached as Exhibit F. Finally, on February 9, 2018, Defendants' counsel requested a copy of the Civil Tracking Order issued by the state court. A copy of the Civil Tracking Order is attached as Exhibit G. These documents are the only process, pleadings, or orders served on Defendants, or known by Defendants to have been filed or issued, in the state court action. See 28 U.S.C. § 1446(a).

2. Pursuant to 28 U.S.C. § 1446(b)(1), this Notice of Removal is timely filed within thirty (30) days after service of process on Defendant.

## II. VENUE

3. The Superior Court of Massachusetts, County of Barnstable, is located within the District of Massachusetts. See 28 U.S.C. § 101. Therefore, venue is proper in this Court because it is the district "embracing the place where such action is pending." 28 U.S.C. § 1441(a).

## III. BASIS FOR REMOVAL: DIVERSITY JURISDICTION

1. Removal is appropriate under this Court's diversity jurisdiction. See 28 U.S.C. § 1332. A party may remove a pending state court action to federal court if the federal district court would have had original jurisdiction. See 28 U.S.C. 1441. Federal district courts have original jurisdiction over all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states. See 28 U.S.C. § 1332(a).

2. Plaintiff is a citizen of Massachusetts. See Complaint, ¶ 1

3. Defendant CASMED is a Delaware corporation, with a principal place of business in Branford, Connecticut. As such, CASMED is a citizen of both the State of Delaware and the State of Connecticut.

4. Defendant Herwig is a citizen of Connecticut.

5. Defendant Strusky is a citizen of Florida.

6. Defendant Patton is a citizen of Connecticut.

7. This is an action to recover damages for alleged age discrimination and retaliation. Plaintiff seeks $228,000, exclusive of interest and costs. (*See* Civil Action Cover Sheet). Accordingly, the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs. Additionally, Plaintiff states in his Complaint that he is seeking emotional distress and attorney's fees in addition to the lost wages he claims in the Civil Action Cover Sheet. (*See* Complaint and Civil Action Cover Sheet).

8. Accordingly, removal is appropriate under 28 U.S.C. § 1441 because this Court has diversity jurisdiction over Plaintiff's claims and all other prerequisites for removal of this case to the United States District Court for the District of Massachusetts have been fulfilled.

## IV. **CONSENT OF ALL DEFENDANTS**

9. All served Defendants are represented by the undersigned counsel and consent to removal of this action.

## V. **CONCLUSION**

10. To date, Defendants have not filed a responsive pleading in Plaintiff's state court action, and no other proceedings have transpired in that action.

11. Pursuant to 28 U.S.C. § 1446(d), Defendants will promptly file a notice to the state court of its removal of this action to federal court, along with a copy of this Notice, in the Superior Court of Massachusetts, County of Barnstable. Additionally, Defendants will serve a copy of the notice to the state court and a copy of this Notice on *pro se* Plaintiff.

12. In accordance with Local Rule 81.1, Defendants will file with this Court attested copies of all records, proceedings, and docket entries in the state court within twenty-eight (28) days of the date of this Notice.

13. By removing this matter, Defendants do not waive, or intend to waive, any defense, including, but not limited to, insufficiency of process and insufficiency of service of process.

WHEREFORE, Defendants respectfully request that the Court take jurisdiction of this action and issue all necessary orders and process to remove said action from the Superior Court of Massachusetts, County of Barnstable, to the United States District Court for the District of Massachusetts.

Respectfully submitted,

CAS MEDICAL SYSTEMS, INC., MATTHEW HERWIG, KIM STRUSKY, and THOMAS PATTON

By their attorneys,

/s/ Sandra E. Kahn
Robert M. Shea (BBO #556356)
Sandra E. Kahn (BBO #564510)
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
One Boston Place, Suite 3500
Boston, MA 02108
Telephone: (617) 994-5700
Facsimile: (617) 994-5701
robert.shea@ogletreedeakins.com
sandra.kahn@ogletreedeakins.com

Dated: February 19, 2018

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2018 a true and accurate copy of the foregoing document was served on *pro se* Plaintiff by email and first class mail as follows:

>Mark Scibelli
>50 Indian Trail
>Barnstable, MA 02630
>mlscibelli@icloud.com

>/s/ Sandra E. Kahn
>Sandra E. Kahn

32931515.1

5